892

No. 72–130. CHAMBERLAIN *v.* CHAMBERLAIN. Ct. App. D. C. Motion to dispense with printing petition granted. Certiorari denied. 

No. 71–1505. ASKEW, GOVERNOR OF FLORIDA, ET AL. *v.* AEROJET-GENERAL CORP. C. A. 5th Cir. Motion to strike petitioners' reply brief and certiorari denied. 

No. 71–1514. BERGER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 71–1522. ALLGOOD ET AL. *v.* BREWER ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 71–1605. PAN AMERICAN MATCH INC. *v.* SEARS, ROEBUCK & CO. ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 71–1627. BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES ET AL. *v.* REA EXPRESS, INC. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 71–1649. A–T–O, INC., ET AL. *v.* SPERRY RAND CORP.; and

No. 71–1700. SPERRY RAND CORP. *v.* A–T–O, INC., ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 447 F. 2d 1387 and 459 F. 2d 19.